IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEYMAN L. LAMB,

    Plaintiff,

vs.                                    CASE NO. 5:07cv132/RS-WCS

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 23). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Defendant's Motion For Remand (Doc. 22) is granted.

3. The clerk is directed to enter final judgment which reverses the Commissioner's decision to deny benefits and remands the application to the Commissioner for rehearing pursuant to sentence four of 42 U.S.C. §405(g) consistent with the Magistrate Judge's Report and Recommendation.

ORDERED on March 5, 2008.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**